## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 22, 2013

Jacqueline Shapiro
Attorney at Law
40 NW 3RD ST PH 1
MIAMI, FL 33128-1838

Appeal Number: 12-12928-EE
Case Style: USA v. Quartavious Davis
District Court Docket No: 1:10-cr-20896-JAL-2

On April 1, 2013, this Court began **MANDATORY electronic filing.** All counsel are required to file documents electronically in appeals pending on April 1, 2013, and in appeals docketed in this Court on or after that date, unless exempted for good cause.

The enclosed order has been ENTERED.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall, EE
Phone #: (404) 335-6224

MOT-2 Notice of Court Action