IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-12928-EE

_____

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

versus

QUARTAVIOUS DAVIS,

       Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER:

The Appellant's second motion for an extension of time to file his initial brief and record excerpts, until and including June 23, 2013, is GRANTED.

                                                 /s/ William H. Pryor, Jr.
                                     UNITED STATES CIRCUIT JUDGE