# C

Maps produced by Government showing locations of co-defendants' cell phones at or near the times of the charged robberies (Government Trial Exhibits 37A-F)



**08/07/2010**
**10:31 pm**

541-1
24460 Packing House Rd
**Quartavious Davis**
**(561) 767-5642**
**Receives a call**

Little Caesar's
24655 SW 112 Ave

GOVERNMENT
EXHIBIT

CASE
NO10-20896-CR-JAL/ASG

EXHIBIT
NO.    37A

▲ Metro PCS Cell Tower
● Robbery Location

*Biscayne Bay*



08/07/2010
10:31 pm

Little Caesar's
24655 SW 112 Ave

Robbery

▲ Metro PCS Cell Tower
● Robbery Location



**08/07/2010**
**10:46 pm**

129-2
**22171 SW 112 Ave**
**Willie Smith**
**(561) 667-7105**
**Places a call**

Little Caesar's
24655 SW 112 Ave

▲ **Metro PCS Cell Tower**
● **Robbery Location**



**08/07/2010
10:33 pm**

399-2
**22171 SW 112 Ave
Willie Smith
(561) 667-7105
Receives a call**

Little Caesar's
24655 SW 112 Ave

▲ **Metro PCS Cell Tower**
● **Robbery Location**

Biscayne Bay



**08/07/2010**
**10:33 pm**

541-1
24460 Packing House Rd
**Quartavious Davis**
(561) 767-5642
Places a call

Little Caesar's
24655 SW 112 Ave

▲ Metro PCS Cell Tower
● Robbery Location



08/07/2010
10:38 pm

399-2
22171 SW 112 Ave
**Willie Smith**
**(561) 667-7105**
**Places a call**

Little Caesar's
24655 SW 112 Ave

▲ Metro PCS Cell Tower
● Robbery Location





**08/07/2010**
**10:50 pm**

129-2
**22171 SW 112 Ave**
**Willie Smith**
**(561) 667-7105**
**Receives a call**

Little Caesar's
24655 SW 112 Ave

▲ **Metro PCS Cell Tower**
● **Robbery Location**





**08/07/2010
10:59 pm**

129-2
22171 SW 112 Ave
**Quartavious Davis
(561) 767-5642
Places a call**

Little Caesar's
24655 SW 112 Ave

▲ **Metro PCS Cell Tower**
● **Robbery Location**



**08/31/2010**
**8:56 pm**

GOVERNMENT
EXHIBIT

CASE
NO. 10-20896-CR-JAL/ASG

EXHIBIT
NO.  37 B

461-3
**101 SW 6 Ave, Homestead**
**Quartavious Davis**
**Receives a call**
**(561) 767-5642**

Amerika Gas Station
1541 SE 12 Ave

▲ **Metro PCS Cell Tower**
● **Robbery Location**



08/31/2010
9:07 pm



08/31/2010
9:12 pm

431-3
1034 NE 8 St, Homestead
Quartavious Davis
Places a call
(561) 767-5642

Amerika Gas Station
1541 SE 12 Ave

▲ Metro PCS Cell Tower
● Robbery Location



08/31/2010
9:13 pm



**08/31/2010**
**9:15 pm**

431-3
1034 NE 8 St, Homestead
Quartavious Davis
Receives a call
(561) 767-5642

Amerika Gas Station
1541 SE 12 Ave

▲ Metro PCS Cell Tower
● Robbery Location



08/31/2010
9:23 pm

461-1
101 SW 6 Ave, Homestead
Quartavious Davis
Receives a call
(561) 767-5642

Amerika Gas Station
1541 SE 12 Ave

▲ Metro PCS Cell Tower
● Robbery Location



09/07/2010
6:37 pm

Walgreens
11398 Quail Roost Dr

399-3
22171 SW 112 Ave
Quartavious Davis
(561) 767-5642

399-3
22171 SW 112 Ave
Willie Smith
(561) 667-7105

GOVERNMENT
EXHIBIT

CASE
NO. 10-20896-CR-JAL/ASC

EXHIBIT
NO.    37C

▲ Metro PCS Cell Tower
● Robbery Location



**09/07/2010**
**9:07 pm**

Walgreens
11398 Quail Roost Dr

**256-2**
**11492 Quail Roost Dr**
**Quartavious Davis**
**Places a call**
**(561) 767-5642**

▲ Metro PCS Cell Tower
● Robbery Location





09/07/2010
9:11 pm

Walgreens
11398 Quail Roost Dr

304-2
21200 SW 134 Ave
Quartavious Davis
Places a call
(561) 767-5642

▲ Metro PCS Cell Tower
● Robbery Location



**09/07/2010**

**9:47 pm**

Walgreens
11398 Quail Roost Dr

**526-1**
**11492 Quail Roost Dr**
**Quartavious Davis**
**Receives a call**
**(561) 767-5642**

▲ **Metro PCS Cell Tower**
● **Robbery Location**



09/07/2010
9:53 pm

Walgreens
11398 Quail Roost Dr

526-2
11492 Quail Roost Dr
Quartavious Davis
Receives a call
(561) 767-5642

▲ Metro PCS Cell Tower
● Robbery Location



09/07/2010
9:58 pm

Walgreens
11398 Quail Roost Dr

Robbery

▲ Metro PCS Cell Tower
● Robbery Location