# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 19, 2014

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 12-12928-X
Case Style: USA v. Quartavious Davis
District Court Docket No: 1:10-cr-20896-JAL-2

**Counsel must acknowledge receipt of the attached calendar by docketing the** *"Calendar Receipt Acknowledged"* **event in ECF.**

The court has determined that the cases listed on the attached calendar are to be orally argued during the week of 04/21/2014 in Miami, Florida. Counsel for each party must present oral argument unless excused by the court for good cause shown. *Please note that after the date of this letter, any changes in or addition to counsel in the appeals listed on the attached calendar requires leave of the court. See* General Order 36.

The names of the judges of the oral argument panel may be obtained by calling the Courtroom Deputy shown below, no earlier than 04/08/2014.

If you have questions or concerns, please do not hesitate to contact the Calendaring/Court Sessions Section in Atlanta, Georgia at (404) 335-6141.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Stephanie Tisa
Phone #: (305) 579-4432

CAL-1 Oral Argument Calendar Issued