IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-12928

_____

UNITED STATES OF AMERICA,

                                                                               Plaintiff-Appellee,

versus

QUARTAVIOUS DAVIS,

                                                                              Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

BEFORE: HULL and MARTIN, Circuit Judges.

BY THE COURT:

      The Court has been unable to locate in the record Exhibits 30-36, 37A-37F, and 49, as shown on the attached exhibit list. Counsel for both parties should confer and file one joint appendix containing these records. The Court assumes each of these records was admitted by the district court during pretrial proceedings, at trial, or post-trial. If not, the exhibit should not be filed. The appendix, with a table of contents by exhibit number, shall be filed by Tuesday, February 17, 2015, at noon.

# GOVERNMENT'S TRIAL EXHIBIT LIST

## UNITED STATES v. QUARTAVIOUS DAVIS

### CASE NO. 10-20896-CR-JAL/ASG

**DATE:** January 30, 2012

**ATTORNEYS:** Michael Zelman, esq., Attorney for Davis
Roy Altman and Amanda Perwin, Assistant United States Attorneys

| NO. | Date Admitted | Witness | Other Witness | Bates Number | DESCRIPTION |
|---|---|---|---|---|---|
| 1 |  | J. Vedda | Martin/ Reid | 3232-3233 | Weston Mayor's Surveillance Video |
| 2 |  | N/A |  | 3298 | DVD of Rahman Testimony |
| 2A-H |  | Rahman |  | 855-862 | Photos of Amerika Gas Station |
| 3A-E |  | Slagle-Grant | Arce/ Martin | 171-183/3230 | Photos of Weston Mayor's |
| 4A |  | Slagle-Grant | Vedda | N/A | Rolex Watch Holder (With Blood) |
| 4B |  | Slagle-Grant | Saunders | N/A | Swabs of Michael Martin's Blood From Rolex Watch Holder |
| 5A-V |  | Slagle-Grant | M. Martin/ Arce | 171-183/3231 | Photos of Blue BMW |
| 6 |  | Slagle-Grant | Vedda/ Arce | N/A | Rolex Watch Holders Taken From BMW |
| 7 |  | Slagle-Grant | Arce | N/A | Gucci Sunglasses Case |
| 8A |  | Slagle-Grant | Saunders | N/A | BMW26: Swabs of Martin's Blood From BMW (right rear passenger cushion) |

| | | | | | |
|---|---|---|---|---|---|
| 8B | | Slagle-Grant | Saunders | N/A | BMW24: Swabs of Martin's Blood From BMW (rear right front passenger back rest) |
| 9 | | Slagle-Grant | Saunders | N/A | BMW28: Swabs of QD's Blood From BMW |
| 10A | | J. Vedda | Slagle-Grant/ Arce | N/A | Gucci Sunglasses |
| 10B | | Slagle-Grant | Saunders | N/A | Swabs From Gucci Sunglasses |
| 11A | | F. Anderson | Saunders | N/A | Swabs of M. Martin |
| 11B | | F. Anderson | Saunders | N/A | Swabs of QD (Weston) |
| 12 | | F. Anderson | | 237-242 | Photo of QD's Hand |
| 13 | | Rousseau | Saunders | N/A | Swabs of S. Fisher |
| 14 | | Rousseau | Griffith | N/A | Swabs of QD (Beauty Salon) |
| 15A | | M. Martin | Reid/ Smith | 1048 | Photo of Jahmal Martin |
| 15B | | M. Martin | Smith | 976 | Photo of Jamarquis Reid |
| 15C | | M. Martin | Reid | 1046 | Photo of Willie Smith |
| 15D | | M. Martin | Reid | 49 | Photo of Sylvester Fisher |
| 16A-C | | Phan | | 3299 | Photos of Little Caesar's |
| 17 | | Otano | | 2088 | Walgreens Surveillance Video |
| 18 | | Gonzalez | | 3229 | Advance Auto Surveillance Video |
| 19A-H | | Rojas | | 1236-1266 | Photos of Beauty Salon |
| 20A-C | | Negron | | 1115-1124 | Photos of Tae Kwon Do Studio |
| 21A-G | | Negron | | 1128-1171 | Photos of Chevy Impala |

2

| 22 | | Negron | | 2086 | Note With License Plate Number |
|---|---|---|---|---|---|
| 23 | | Albury | Bolivar | N/A | Roc-A-Wear Shirt/hat from Chevy Impala |
| 24 | | A. Brooks | | 3228 | Wendy's Surveillance Video |
| 25 | | A. Brooks | | 2067 | Wendy's Photo |
| 26A-C | | A. Brooks | | 2066 | Photo of Red Chevy |
| 27 | | W. Smith | | N/A | W. Smith Phone |
| 28 | | W. Smith | | 3211 | Photo of Long Revolver |
| 29 | | De La Paz | Tompkins | N/A | J. Martin Phone |
| 30 | | Tompkins | | 3211 | W. Smith Contact List |
| 31 | | Tompkins | | 2993/1069-1076 | J. Martin Contact List |
| 32 | | Bosillo | | 2257-2422 | Reid Phone Records |
| 33 | | Bosillo | | 2423-2614 | Smith Phone Records |
| 34 | | Bosillo | | 2124-2255 | J. Martin Phone Records |
| 35 | | Bosillo | | 2619-2801 | QD Phone Records |
| 36 | | Bosillo | | 3030-3210 | Cell Site Glossary |
| 37A | | M. Jacobs | | 1853-1874/ 3234-3245 | Cell Site Maps: Little Caesar's |
| 37B | | M. Jacobs | | 1829-1850/ 3246-3251 | Cell Site Maps: Amerika Gas Station |

| 37C | | M. Jacobs | | 1990-2007/ 3252-3262 | Cell Site Maps: Walgreens |
|---|---|---|---|---|---|
| 37D | | M. Jacobs | | 1878-1925/ 3263-3285 | Cell Site Maps: Advance Auto Parts |
| 37E | | M. Jacobs | | 1932-1963/ 3286-3291 | Cell Site Maps: Universal Beauty Salon |
| 37F | | M. Jacobs | | 1969-1984/ 3292-3297 | Cell Site Maps: Wendy's |
| 38 | | J. Gariepy | | 1787-1788 | Sanford Mayor's Surveillance Video |
| 39A-B | | D. Ripley | | 1790 | Sanford Mayor's Photos |
| 40 | | D. Ripley | J. Gariepy | N/A | Sledgehammer |
| 41 | | D. Ripley | Varan | N/A | Swabs of QD's Blood From Glass |
| 42 | | S. Cleveland | Varan | N/A | QD Swabs (Sanford) |
| 43 | | N/A | | N/A | Stipulations |
| 44 | | | | | PHOTO 4x6 WALGREENS |
| 45 | | | | | PHOTO |
| 46A-C | | | | | PHOTOS (8x10) house & car |
| 48A-J | | | | | PHOTOS (8x10) car |
| 49 | | | | | METRO PCS records |

4